# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD EUGENE BENDER, | CASE NO. 1:09-cv-00576-YNP PC |
| Plaintiff, | ORDER DENYING MOTIONS |
| v. | (Doc. 7, 8) |
| W.J. SULLIVAN, et al., | |
| Defendants. | |

Plaintiff Floyd Eugene Bender ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to jurisdiction by U.S. Magistrate Judge. Before the Court are two motions filed by Plaintiff.

On June 23, 2009, Plaintiff filed a motion requesting that the Court screen Plaintiff's complaint. The Court is required to screen complaints from prisoners pursuant to 28 U.S.C. § 1915A. Plaintiff is advised that it is not necessary to file a motion requesting screening of his complaint. The Court has many civil rights complaints from prisoner litigants on its docket. Filing a motion requesting screening has no effect on how quickly a complaint is screened. Further, the Court notes that Plaintiff's complaint was screened on February 19, 2010. Accordingly, Plaintiff's motion will be denied.

On June 23, 2009, Plaintiff also filed a motion "to Change Judge from Magistrat[e] to District Judge." Plaintiff offers no legal authority or argument that permits Plaintiff to request a change in the judge who presides over this action. Absent any legal authority that permits Plaintiff to request this type of action, the Court will deny Plaintiff's request.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion requesting screening of his complaint is DENIED; and
2. Plaintiff's motion requesting a change from Magistrate Judge to District Judge is DENIED.

IT IS SO ORDERED.

**Dated:   March 1, 2010**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE