UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD EUGENE BENDER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLISON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:09-cv-576-MJS (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION<br><br>(ECF No. 22)<br><br>PLAINTIFF'S RESPONSE DUE 10/1/10 |

　　　　On August 10, 2010, Defendants filed a Motion to Dismiss.  (ECF No. 10.)  Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days.  He did not do so.  Local Rule 78-230(m).   He will be given one further opportunity.

　　　　Not later than **October 1, 2010**, Plaintiff must file an opposition or a statement of non-opposition to Defendant's Motion to Dismiss.  If Plaintiff fails to comply with this order, this action will be dismissed for failure to obey the Court's order and failure to prosecute.

IT IS SO ORDERED.

Dated:　　September 10, 2010　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE