# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD EUGENE BENDER,<br><br>             Plaintiff,<br><br>   v.<br><br>ALLISON, et al.,<br><br>             Defendants.<br>_____ / | CASE NO.   1:09-cv-576-MJS (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE<br><br>(ECF No. 26)<br><br>PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS SHALL BE FILED BY 12/1/2010 |

Plaintiff Floyd Eugene Bender ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 10, 2010, the Court ordered Plaintiff to file an opposition or statement of non-opposition to Defendants' Motion to Dismiss by October 1, 2010. Before the Court is Plaintiff's Motion for Continuance asking for additional time to file his opposition to Defendant's Motion to Dismiss. Plaintiff states that the additional time is necessary because he is currently housed in an acute care facility and does not have access to his legal materials.

For good cause shown, Plaintiff's Motion for Continuance is GRANTED. Plaintiff's opposition to Defendants' Motion to Dismiss shall be filed not later than **December 1, 2010**. If Plaintiff is still residing in an acute care facility on that date, or has not had adequate time to prepare his response, he may request additional time.

IT IS SO ORDERED.

Dated:   September 29, 2010           /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE